Saudi BROWN, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 102083

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: November 3, 2015

Amanda P. Faerber, 1010 Market Street, Suite 1100, St. Louis, MO 63101, Attorneys for Appellant.

Chris Koster, Attorney General, Christine K. Lesicko, Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102–0899, Attorneys for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

### ORDER

PER CURIAM.

Saudi Brown appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. The judgment is based on findings of fact that are not clearly erroneous. No error of law appears. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).